IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY WALKER, #208 534, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-202-WKW |
| | ) | [WO] |
| SGT. DANIEL GAY, ROBERT | ) | |
| HARRIS, NURSE FLORENCE, and | ) | |
| HENVER SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 21, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 10th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE